**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**WILLIAM C. GARVIN,**

       **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　　　**Case No. 5:10-cv-582-Oc-18DAB**

**MICHAEL J. ASTRUE, Commissioner of**
**Social Security,**

       **Defendant.**
_____/

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **AFFIDAVIT OF INDIGENCY (Doc. No. 2) which the Court construes as a MOTION TO PROCEED *IN FORMA PAUPERIS***
>
> **FILED:** November 2, 2010
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED**.

Plaintiff represents that he is unable to pay the fees and costs of pursuing this action and therefore requests that the Court authorize him to proceed *in forma pauperis*. Pursuant to 28 U.S.C. §1915, the Court "*may* authorize the commencement, prosecution or defense of any suit, action or proceeding . . . without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets." (Emphasis added.)

Here, based on the information disclosed in Plaintiff's Affidavit of Indigency, Plaintiff has failed to meet his burden of showing that he does not have the means to pay the filing fee associated with pursuing this action. Indeed, Plaintiff's Affidavit shows that he has available savings and assets and a steady, albeit limited, income sufficient to allow him to pay the $350.00 filing fee.

Based on the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's Motion be denied.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on November 3, 2010.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE


Copies furnished to:

Presiding District Judge
*Pro Se* Plaintiff