UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

WILLIAM C. GARVIN,

Plaintiff,

-vs-

Case No. 5:10-cv-582-Oc-18DAB

MICHAEL J. ASTRUE, Commissioner of
Social Security,

Defendant.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 2). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. Therefore, the motion is **DENIED** and pursuant to 28 U.S.C.A. § 1914, the court orders plaintiff to pay the clerk of the court a filing fee of $350.00 within twenty (20) days of this order, otherwise this action will be dismissed.

It is **SO ORDERED** in Orlando, Florida, this 22 day of November, 2010.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Pro se plaintiff